UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Barbara Venning,

                Plaintiff,

-against-

Victoria Secret Stores, L.L.C.,

                Defendant.

1:21-cv-02779 (JPC) (SDA)

<u>ORDER</u>

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

    The Court has not received Defendant's *ex parte* pre-settlement conference submission, as required by the Court's Settlement Conference Procedures and the Court's March 8, 2022 Order. (*See* 3/8/2022 Order, ECF No. 30 (directing parties to comply with Court's Settlement Conference Procedures).)

    It is hereby Ordered that Defendants shall email their submission to the Court no later than 12:00 p.m. tomorrow, May 5, 2022. Failure to do so may result in the imposition of sanctions.

**SO ORDERED.**

Dated:    New York, New York
           May 4, 2022

_____
STEWART D. AARON
United States Magistrate Judge