```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/5/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Barbara Venning,

                Plaintiff,

-against-

Victoria Secret Stores, L.L.C. et al.,

                Defendants.

1:21-cv-02779 (JPC) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

    Having been informed by the parties that they have reached a settlement in this action, it is hereby Ordered that the settlement conference scheduled for tomorrow, May 6, 2022, is canceled.

**SO ORDERED.**

Dated:    New York, New York
           May 5, 2022

_____
STEWART D. AARON
United States Magistrate Judge